# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
WILLIAM M. NICKERSON
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-9810
FACSIMILE (410) 962-2577

October 25, 1999

___FILED  ___ENTERED
___LODGED ___RECEIVED

OCT 25 1999

CLERK
DISTRICT OF MARYLAND
DEPUTY

David W. Skeen, Esq.
Wright, Constable & Skeen
100 N. Charles St., 16th Fl.
Baltimore, MD 21201-1036

Marland H. Whitman, Jr., Esq.
Ober, Kaler, Grimes & Shriver
120 E. Baltimore St.
Baltimore, MD 21202-1643

H. Allen Black, III, Esq.
Winston & Strawn
1400 L. St., NW
Washington, DC 20005-3502

James W. Bartlett, III, Esq.
Wilson, Elser, Moskowitz
400 E. Pratt St., 7th Fl.
Baltimore, MD 21202

Re: Nova v. Interline Connection, Inc., et al.
Civil Action No. WMN-96-3876

Dear Counsel:

I have scheduled a telephone status conference, to be initiated by counsel for the plaintiff for Tuesday, November 9, 1999 at 9:30 a.m. At that time counsel should be prepared to brief me on what remains to be done in this matter and to schedule further proceedings.

Very truly yours,

William M. Nickerson
United States District Judge

WMN:ce

cc: Court File